1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**NAPLES DIVISION**

CASE NO. 2:24-CV-606-SPC-KCD

7  **JAMES STUART FALLER II,**
8       Plaintiff,
9
10    **v.**
11
12 **BEASLEY BROADCAST GROUP, INC.**      **VERIFIED COMPLAINT**
13      DBA
14 **BEASELY MEDIA GROUP, LLC**
15      DBA,
16 **BEASELY MEDIA GROUP LICENSES, LLC**
17      Defendant,
18    **And**
19
20 **AUSTIN RHODES, aka "The most Dangerous Man in Augusta"**
21      Defendant,
22

_____

23
24 

**VERIFIED COMPLAINT**
**(Jury Demand)**

25
26

_____

27
28     **COMES NOW Plaintiff James Stuart Faller II ("Faller"[1])** who comes before this Court

29 and for his Complaint states and swears as follows;

30 **PREAMBLE**

31     Austin Rhodes, self-described as *"The most dangerous man in Augusta Georgia"* is a key

32 radio talk show host of "The Austin Rhodes Show" that broadcasts in the Southeast Georgia and

33 Midwest South Carolina markets, as well as worldwide in the World Wide Web [www.wgac.com].

34 The Austin Rhodes show broadcasts daily/weekdays in those markets for (3) three hours at a time.

---

[1] "Faller" is being used as opposed to "I", "Me" or direct name to make reading easier.

35        The Austin Rhodes Show, particularly through Austin Rhodes is a format of filth, hatred,

36    ridicule, profanity and political and personal attacks on officials and citizens to a highly

37    defamatory degree. His broadcasts are a plethora of defemacasts and are a continual cesspool of

38    lies, threats and other illegal behavior.  Rhodes has come under protection of a local cabal that has

39    held him harmless and protected, until now.

40        Defendant Beasley Broadcast, Beasley Media, Beasley Media Licenses, collectively

41    "Beasley" has a responsibility to supervise and set policies and limits on Rhodes and the Austin

42    Rhodes Show. Beasley has not only neglected their responsibilities, they have taken specific steps

43    to enable Rhodes. At times, Rhodes has engaged in knowing, willing false statements against

44    various members of the public and officials with a confident malice of violations of the laws

45    against slander, libel and false light that are second to none. Local Officials are afraid of Rhodes

46    due to his relentless pounding on them in his defemacast. Some of Rhodes defemacast have been

47    so damaging, at least one person involved apparently committed suicide.

48        All of these misconducts, *inter alia*, have been well noticed to Beasley who have remained

49    silent while local fears and politics have either immuned or protected the deeply wrongful conduct.

50    The facilities that Rhodes uses are specifically and directly owned, controlled and licensed under

51    Beasley. Although Beasley has been repeatedly noticed and even sued regarding the indisputable

52    misconduct of Rhodes, no actions have been taken by Beasley to stop, lessen or prohibit Rhodes

53    from his shock-jock, defemacast radio and internet broadcasts.

54        Rhodes had a personal vedetta against a politician in the middle district of Florida who he

55    continues to falsely attack today. That Florida politician is the ex-husband of the paramour referred

56    to *infra*. Rhodes simply knows no limits and truth is simply not in him, with Beasley enabling him.

57       Even after being sued for promulgating false and defamatory information on his

58       defemacast and internet against the instant Plaintiff, Rhodes continues to promulgate the same

59       harmful lies, causing a false light of many, including the instant Plaintiff. For these wrongs, I seek

60       justice against the most *Dangerous Man in Augusta* - Austin Rhodes and Beasley for enabling

61       Rhodes in misconduct they are well aware of.

62       **PARTIES TO THIS ACTION**

63       **JAMES STUART FALLER II**

64       Plaintiff is a resident of the State of South Carolina and has a mailing address of P.O. Box

65       1459, Evans, Georgia 30809. Faller is a private citizen.

66       The Plaintiff is a recognized legal expert having practiced in Courts - including the United

67       States Supreme Court, multiple foreign courts, multiple United States Courts, and multiple State

68       Courts. Faller's experience and aid to various bodies and clients have brought the wrath of

69       unscrupulous corrupt actors to use their positions to injure Faller. Rhodes has sought to capitalize

70       on the misconduct. Faller was a whistleblower and was attacked as a result.

71       Rhodes began attacking and victimizing Faller over 3 years ago with slander and libel and

72       has not ceased. Rhodes has highly damaged the instant Plaintiff, including causing a false light

73       and hatred when Faller who is a widower took a woman to dinner that Rhodes, (a married man)

74       was involved with. This paramour is the ex-wife of the Florida politician mentioned *Supra*.

75       **BEASLEY BROADCAST GROUP, INC.**

76       Beasley Media Group LLC, a subsidiary of Beasley Broadcast Group, Inc. (Nasdaq:

77       BBGI), is a multiplatform media company providing advertising and digital marketing solutions

78       across the United States.

79      WGAC is a wholly owned subsidiary and managed radio station by Beasley Media Group,

80      LLC (A publicly traded company on the NASDAQ market [BBGI].)  The company owns 59 radio

81      properties located in 14 large and medium markets across the country, and offers capabilities in

82      audio technology, esports, podcasting, ecommerce and events. BMG's platforms reach more than

83      30 million consumers on a weekly basis.

84      Beasley is a Delaware Corporation who operates and publishes 3033 Riviera Drive, Suite

85      200, Naples, FL 34103 as their address where they are headquartered.

86      **AUSTIN RHODES**

87      Austin Rhodes operates and lives in Augusta Georgia and makes his daily defemacast from

88      Beasley's facility located at WGAC Facility ID FCC 24423, 4051 Jimmie Dyess Pkwy.

89      Augusta, GA 30909. Defendant Rhodes is a resident of Columbia County, Georgia and service of

90      process can be perfected against him at 933 Halali Farm Rd., Evans GA 30809.

91      **JURISDICTION**

92      •   This Court has jurisdiction because all Defendants are operating in an illegal fashion under

93          a Federal Communications license.

94      •   This Court has jurisdiction pursuant to complete diversity of the parties hereto and the main

95          party being in the Middle District of Florida pursuant to 28 U.S.C. § 1332.

96      •   This Court has Supplemental Jurisdiction over the intertwined state claims pursuant to 28

97          U.S.C. § 1367.

98      •   This Court has jurisdiction over the Civil Rights violations under 28 U.S.C. §1343.

99      •   Faller also invoked the supplemental jurisdiction of this Court as it pertains to violations

100         of state laws.

101

102 ### FACTS OF COMPLAINT

103  Notwithstanding the travesties committed against the Plaintiff, Rhodes (a married man)

104 became aware that Faller had taken his paramour on a dinner date in or about December 2019.

105  Shortly thereafter Rhodes, according to him and interested persons ran his cell phone dead

106 calling people *"warning them about Faller"* because Faller was a convicted Federal felon[2]

107  Immediately, multiple people, including longtime friends, officials and associates of

108 Rhodes began contacting him telling him he was wrong about Faller and that Faller was a victim

109 of government misconduct. Faller called Rhodes, prior to his first defemacast and Rhodes refused

110 to listen.

111  Rhodes refused to stop, even calling elected officials who were assisting Faller with the

112 injustice. Rhodes specifically caused a congressman and state official to refuse to assist Faller

113 further because Rhodes will pummel anyone on the radio who goes against him.

114  A 7th false indictment came down against Faller in U.S. District Court in Western District

115 of Kentucky. Rhodes pounded Faller on air.

116  The indictment was dismissed, with prejudice and Rhodes told the public Faller was a

117 government informant and that's why the indictment got dismissed.

118  Rhodes was contacted by a longtime media associate, Neil Gordon and Rhodes invited

119 Gordon to come to his studio and discuss Faller on air. Rhodes began yelling at Gordon on air and

120 refused to look at the documents Gordon had showing Faller was a victim. Rhodes told Gordon,

121 *"take your junk and get the hell out of my studio!"*

---

[2] Faller, a whistleblower was actually indicted (7) seven times on a multitude of false charges and held under indictment for more than 29 years. All of the indictments have been dismissed and the two that became convictions are now under attack to seek dismissal. The level of misconduct in the matters caused the US Attorney and FBI in Augusta GA to step in and stop the false attacks against Faller.

122       Faller was being cut off from the public because Rhodes was relentless telling the public

123   Faller was acting weird around women, etc. In one instance, Rhodes suggested a gun down of

124   Faller.

125       When Faller began to challenge Rhodes in state Court, Rhodes worked with his paramour

126   to have her go to the sheriff and falsely claim Faller was stalking her. The sheriff refused to act

127   when they saw Faller was not doing anything. Rhodes used his association with a judges husband

128   who stands in on his radio show to get a restraining order issued against Faller without the Sheriff.

129   Rhodes even broadcast while the paramour was meeting with the Sheriff telling the public the

130   restraining order was being obtained as he was broadcasting.

131       A hearing was held in front of a different judge and the restraining order was thrown out.

132   Rhodes continued to defame Faller, causing a horrific false light of Faller in the Central Savanah

133   River Area ("CSRA".) A congressman who was assisting Faller with the travesties and corruption

134   Faller was enduring made it clear he would no longer assist Faller because of Rhodes.

135       When the 7th indictment was dismissed, Rhodes initially said *"I don't care what my boss*

136   *says, I am going to have Faller in my studio and I have some hard questions for him."*

137       Rhodes changed his mind and began attacking Faller, again.

138       Faller repeatedly asked Rhodes and all of Beasley to stop the defemacasts and for a

139   correction. Rhodes and Beasley refused.

140       A hearing was held on Faller's suit in Columbia County Georgia and the Court held that

141   Faller was a public figure and that he cannot prove actual malice after the judge refused to allow

142   the evidence to be introduced that overcame the public figure immunity. Present at the hearing

143   were (4) four credible witnesses that they had repeatedly advised Rhodes that Faller was innocent

144   of any wrongdoing and that multiple documents were presented to Rhodes showing Rhodes was

145 misleading the public. Rhodes and Beasley refused to look at anything that proved he was
146 misleading the public.

147       The Judge, although she had agreed to hear the witnesses via email, refused to (hear
148 anyone) when the hearing was held. The case was dismissed.

149       Beasley, Rhodes, and their lawyer have been presented a plethora of documentary proof,
150 court orders, sworn statements and multiple evidentiary documents, including dismissals of
151 charges. Faller sued Beasley and Rhodes, *et al.,* and despite knowing for absolute certainty that
152 what they have been stating and publishing is false, Rhodes and Beasley continue to publish
153 damaging, false statements and inferences about Faller, including today.

154       Faller continued to ask Rhodes, Beasley and their attorney to stop the defemacasts. They
155 refused.

156       Faller continued to ask Rhodes, Beasley and their lawyer to stop publishing the false
157 defemacasts on the WGAC website. They refuse to remove the defemacasts and libelous
158 statements that are being presented to more than 30 million people today.

159                                                    **COUNT I**

160       All Defendants did in fact combine, conspire, and confederate, acting together and at times
161 acting alone to violate the civil rights of Faller by engaging in continual wrongful and harmful
162 acts, including knowingly creating false statements to the public in violation of 28 U.S.C. 1985 to
163 harm the reputation of Faller and to prevent him from obtaining help and assistance from elected
164 public officials and other statutes and laws of the United States and the States of Florida, Georgia
165 and South Carolina.

166

167

168                                          **COUNT II**

169          All Defendants did in fact combine, conspire and confederate, acting together and at times

170  acting alone to violate the civil rights of Faller by engaging in continual wrongful and harmful

171  acts, including knowingly making false statements verbally and written to the public to prevent

172  Faller from being heard which is protected by his First Amendment Right to Free speech in

173  violation of 28 U.S.C. 1985 and other statutes and laws of the United States and the States of

174  Florida, Georgia and South Carolina.

175                                          **COUNT III**

176          All Defendants did in fact combine, conspire and confederate, acting together and at times

177  acting alone to damage the reputation of Faller in the public and worldwide for no legitimate

178  purpose and to put Faller in a false light in the public by making false and derogatory statements,

179  long after they were well aware of the falsity of those statements. Further, the Defendant Rhodes

180  took specific and intentional steps to prevent from learning of the real facts that were diametrically

181  opposed to the lies he was shedding on the community against Faller.

182                                          **COUNT IV**

183          At all times relevant these Defendants did in fact commit slander and libel against the

184  Plaintiff by publishing information that harms the reputation of the Plaintiff and inflicts emotional

185  distress upon another person, you may be liable for "defamation" or "false light."

186                                          **COUNT V**

187          At all times these defendants knew or should have known, tooking specific steps to keep

188  from learning that the lies they were publishing both verbally and written in the public about Faller

189  were false and did in fact commit slander and libel, up through the date of the filing of this

190  complaint.

191                                   **COUNT VI**

192        All Defendants did in fact combine, conspire and confederate, acting together and at times

193 acting alone to violate the civil rights of Faller by refusing to correct the defemacast statements

194 and writings to the public and continue to publish wrongful, false and harmful information against

195 Faller to the public through the date of writing this Complaint.

196        Faller reserves the right to Amend this complaint as information becomes available.

197        **Wherefore Plaintiff prays this Court issue relief and equitable relief as**

198 **follows:**

199     1. A temporary and permanent injunction prohibiting these Defendants or anyone

200         on their behalf from publishing, broadcasting, posting, texting or speaking false

201         or misleading information about the Plaintiff to anyone.

202     2. A trial by jury.

203     3. A judgment jointly and severally in the amount of $500,000.00 for direct and

204         indirect damages caused by these Defendants negligent and intentional attacks

205         on Faller and violations of the Plaintiff's rights.

206     4. A judgment jointly and severally (except Commonwealth of Kentucky) for One

207         Million Dollars in punitive damages to prevent them from continuing in or

208         engaging in the wrongful conduct.

209     5. A judgement jointly and severally in the amount of One Million Dollars for each

210         violation of Plaintiff's civil rights.

211   6. A judgement in the amount of One Million Dollars against Defendant Rhodes

212   for concocting a scheme to file false charges against the Plaintiff through a third

213   party for the purposes of promoting the instant scheme.

214   7. A judgement joint and severally in the amount of One Million Dollars for the

215   intentional infliction of emotional harm to the Plaintiff.

216   8. An order of mandamus and injunction ordering these defendants to remove and

217   erase from all World Wide Web any and all articles of or by anyone on their

218   behalf that tends to place Faller in a bad light.

219   9. Issue declaratory relief as this Court deems appropriate just.

220   10. Issue other relief as this Court deems appropriate and just.

221   11. Award plaintiff his costs of litigation in all matters caused by, instigated by,

222   brought by these Defendants, including any and all legal fees not yet known as

223   they relate to this Complaint.

224   Respectfully submitted,

225   James Stuart Faller, II
226   P.O. Box 1459
227   Evans, Georgia 30809
228   706-564-6265
229   jsfaller@jsfii.com
230
231
232
233
234
235

236                                        **Statement of Verification**

237     I certify pursuant to 28 USC § 1746 under penalty of perjury that the foregoing is true and
238     correct. Executed on June 25th 2024.
239

240
241
242    James Stuart Faller, II
243

Clerk of Court
United States District Court
2110 First Street
Fort Myers, Florida 33901

June 25th, 2024

Dear Clerk,

Please find enclosed --- copies of a complaint with summonses attached for you to send back to me in the enclosed envelope.

I have also enclosed the Civil cover sheet and the Original of the Complaint.

Please contact me at the number below and I will pay the filing fee to you via Credit Card.

Thank you,

James S. Faller, II
P.O. Box 1459
Evans. Georgia 30809
706-564-6265
jsfaller@jsfii.com