UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES STUART FALLER II,

     Plaintiff,

v.                           Case No.:  2:24-cv-606-SPC-KCD

BEASLEY BROADCAST GROUP,
INC. and AUSTIN RHODES,

     Defendants.

_____/

## ORDER

     Pro se Plaintiff James Stuart Faller, II sues a radio host (Defendant Rhodes) and its local media affiliate (Defendant Beasley Broadcast Group, Inc.) for slander and libel. (Doc. 1.) Now before the Court is Plaintiff's motion for access to the Court's electronic filing system. (Doc. 5.)

     The motion is **DENIED**. "Pro se litigants are generally denied access to electronic filing unless extenuating circumstances exist to justify waiving CM/ECF procedures." *Huminski v. Vermont*, No. 2:13-cv-692-FtM-29, 2014 WL 169848, *4 (M.D. Fla. Jan. 15, 2014); *see also McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011) (affirming denial of CM/ECF access for pro se litigants). No extenuating circumstances have been shown here. Although Plaintiff purports to be a "highly experienced legal expert," that does not justify departing from the Court's normal procedures.

And to the extent Plaintiff believes electronic filing will save judicial resources, he can submit documents through the Web Portal on the Court's website at https://www.flmd.uscourts.gov/electronic-document-submission-web-portal.

**ORDERED** in Fort Myers, Florida on August 2, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record