UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES STUART FALLER II,

    Plaintiff,

v.                                Case No.:  2:24-cv-606-SPC-KCD

BEASLEY BROADCAST GROUP, INC., AUSTIN RHODES, DAVID E. HUDSON and BROOKS CHARLES RATHET,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiff's Motion to Disqualify Counsel. (Doc. 13.) But review of the motion reveals that he has not follow the Local Rules. First, there is no compliance with Local Rule 3.01(g), which requires that "the movant . . . confer with the opposing party in a good faith effort to resolve the motion" and include a certificate detailing how the conference took place. Second, the motion does not comply with Local Rule 1.08 governing typography. Third, unsolicited proposed orders are prohibited. *See* Local Rule 3.01(j).

Accordingly, the Court **DENIES** Plaintiff's motion (Doc. 13) without prejudice for failure to comply with the Local Rules.

**ORDERED** in Fort Myers, Florida this August 19, 2024.

2

*[signature]*
Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record